B6F (Official Form 6F) (12/07)

In re     **Glenn D Riley,**                                                      Case No. __12-92218-BHL__
       **Violet M Riley**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx-xxx-1301<br><br>Alcoa Billing Center<br>3429 Regal Drive<br>Alcoa, TN 37701-3265 | | J | 4/5/15<br>Indiana Emergency Professionsl PC | | | | 24.08 |
| Account No. xxxxxx2770<br><br>Ameritox<br>PO Box 402166<br>Atlanta, GA 30384-2166 | | J | 1/2/15<br>Medical Services | | | | 40.00 |
| Account No. x9130<br><br>Jackson Park Physicians<br>1124 Medical Place<br>Seymour, IN 47274-2640 | | J | 9/8/14<br>Medical Services | | | | 149.76 |
| Account No. xxxx2407<br><br>Laboratory Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | | J | 9/8/14<br>Medical Services | | | | 159.00 |
| __2__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 372.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re Glenn D Riley,
      Violet M Riley
                 Debtors

Case No. __12-92218-BHL__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Riley.G**<br><br>Robert G Cooper Jr MD FACS<br>505 S Poplar Street<br>Seymour, IN 47274 | | J | 3/20/15<br>Medical Services | | | | 1,336.10 |
| Account No. **xxxxxxxx2490**<br><br>Schneck Medical Center<br>P.O. Box 2349<br>Seymour, IN 47274-5000 | | J | 12/27/14<br>Medical Services | | | | 60.94 |
| Account No. **xxxxxxxx5411**<br><br>Schneck Medical Center<br>P.O. Box 2349<br>Seymour, IN 47274-5000 | | J | 1/21/15<br>Medical Services | | | | 243.45 |
| Account No. **xxxxxxxx7704**<br><br>Schneck Medical Center<br>P.O. Box 2349<br>Seymour, IN 47274-5000 | | J | 5/10/14<br>Medical Services | | | | 1,574.69 |
| Account No. **xxxxxx7374**<br><br>St Vincent Hospital and Health Services<br>9600 Reliable Parkway<br>Chicago, IL 60686-0096 | | J | 3/23/15<br>Medical Services | | | | 1,898.46 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    5,113.64

B6F (Official Form 6F) (12/07) - Cont.

In re  Glenn D Riley,
       Violet M Riley
                                                                    ,
                               Debtors

Case No. __12-92218-BHL__

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx7598<br><br>St Vincent Medical Group<br>ATTN # 12812<br>PO Box 14000<br>Belfast, ME 04915-4019 | | J | 2/3/15-3/23/15<br>Medical Services | | | | 552.96 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _2_ of _2_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    552.96

Total
(Report on Summary of Schedules)    6,039.44

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: Glenn D Riley, Violet M Riley, Debtors

Case No. 12-92218-BHL

Chapter 13

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 120,200.00 | | |
| B - Personal Property | Yes | 3 | 39,320.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 124,566.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 58,107.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 4,547.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 3,712.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 159,520.00 | | |
| Total Liabilities | | | | 182,673.44 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  Glenn D Riley,
       Violet M Riley
                                    Debtors

Case No. __12-92218-BHL__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 4,547.00 |
| Average Expenses (from Schedule J, Line 18) | 3,712.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,779.11 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 58,107.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 58,107.44 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re: **Glenn D Riley, Violet M Riley**, Debtor(s)

Case No. **12-92218-BHL**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 19, 2015**    Signature **/s/ Glenn D Riley**
                                    **Glenn D Riley**
                                    Debtor

Date **June 19, 2015**    Signature **/s/ Violet M Riley**
                                    **Violet M Riley**
                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:<br>GLENN D. RILEY<br>VIOLET M. RILEY<br>  DEBTOR(S) | ) <br>) CASE NO. 12-92218<br>) CHAPTER 13<br>) |

### CERTIFICATE OF SERVICE AND
### NOTICE OF §523 BAR DATE ON ADDED CREDITORS

  As requested by S.D. Ind. B-1009-1(b), the undersigned hereby certifies that the following documents have been served upon the creditors added to this case and listed below by first class mail, postage prepaid (or other method of service):

X  Copy of amended schedule

X  Notice of meeting of creditors

X  Plan (or amended plan) dated 10/8/12

X  Notice of bar date

X  Notice of confirmation hearing

  In addition, by sending a copy of this certificate, the undersigned has provided notice that, as to creditors added after the first date set for the meeting of creditors, the deadline for filing a complaint to determine dischargeability is 60 days from the date the amendment was filed.

Dated:  6/19/15    Respectfully submitted,
              /s/ Lloyd E. Koehler
              Counsel for the Debtor(s)
              400 Pearl St., Suite 200
              New Albany, IN 47150
              [812] 949-2211
              Email: lloydkoehl@aol.com

**Distribute to the following:**
Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com
U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

**Alcoa Billing Center**
3429 Regal Dr
Alcoa, TN 37701-3265

**Ameritox**
Box 402166
Atlanta, GA 30384-2166

**Jackson Park Physicians**
1124 Medical Place
Seymour, IN 47274-2640

**Lab Corp of America**
Box 2240
Burlington, NC 27216-2240

**Robert G. Cooper, Jr., MD**
505 S. Poplar Street
Seymour, IN 47274

**Schneck Medical Center**
Box 2349
Seymour, IN 47274-5000

**St. Vincent Hosp & Health Svcs**
9600 Reliable Parkway
Chicago, IL 60686-0096

**St. Vincent Medical Group**
ATTN: 12812
Box 14000
Belfast, ME 04915-4019